**VIRGINIA: IN THE CIRCUIT COURT OF BUCHANAN COUNTY**

AUDRIA RENE COLEMAN,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　*Plaintiff,*　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　Case. No.: 168-25
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
CLINTWOOD JOD, LLC,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　*Defendant.*　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

RECEIVED AND FILED
28 day of Feb 20 25
12:16 o'clock Pm
Beverly S. Tiller, Clerk
Circuit Court of Buchanan
County, Virginia
Kayla Epling
Deputy Clerk

**COMPLAINT**

**COMES NOW** the Plaintiff, Audria rene Coleman, moves for judgment against Defendant Clintwood JOD, LLC, on the grounds and in the amount as hereinafter set forth:

1. On October 12, 2023, Plaintiff was operating a her vehicle in a lawful manner on Rt. 676, in Buchanan County Virginia.

2. An employee of Defendant Clintwood JOD, LLC, while within the scope of his employment, was operating a Volvo L70r sweeping the road of debri from its mining operations. The rear light on the vehicle was inoperable, and the operation of the vehicle generated a significant amount of dust.

3. Plaintiff's view of defendant's vehicle was obscured by said dust, and she ran into the rear of Deefendant's vehicle.

4. At that time and place it was the duty of Defendant and its employee to operate said vehicle with reasonable care and with due regard for others on the road.

5. Notwithstanding said duties, the Defendant carelessly and negligently operated the vehicle he was driving in that he:

(a)    Failed to ensure all warning lights operated properly,

(b)    Failed to have traffic control in both directions to warn oncoming drivers,

(c)    Operated the off-road vehicle on the public highway,

(d)    Generated a thick cloud of dust so as to obscure the view of other drivers on the road..

6.    As a direct and proximate result thereof, Plaintiff sustained serious and permanent injuries, suffered great pain of body and mind; has incurred and will incur in the future hospital, doctors, and related bills in an effort to be cured of said injuries.

**WHEREFORE,** the Plaintiff demands judgment against the Defendant, in the sum of TWO HUNDRED AND FIFITY THOUSAND DOLLARS ($250,000.00) in compensatory damages and his costs covered in this action.

**AUDRIA RENE COLEMAN**
By counsel

Terrence Shea Cook (VSB No. 34832)
*Counsel for Plaintiff*
*T. Shea Cook, P.C.*
2411 Second Street
P.O. Box 507
Richlands, Virginia 24641
(276) 963-4332 - telephone
(276) 963-6271 - facsimile
tsheacook@yahoo.com